IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | 1 : 08-CV-46 (WLS) |
| | : | |
| GDOC Comm'r. JAMES DONALD, et al., | : | |
| | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this action brought pursuant to 42 U.S.C. § 1983 are the plaintiff's request for the entry of default and for default judgment against defendants Donald, Ammons, and Jones. The plaintiff filed this action in April 2008, raising various claims regarding the conditions of his confinement at Autry State Prison.

In his motions seeking default, the plaintiff maintains that defendants Donald, Ammons, and Jones failed to timely file an answer or other responsive pleading, following the service of summons and complaint on May 5, 2008. However, as revealed by a review of the docket entries herein, process receipt and return forms were issued for these three defendants on May 6, 2008, and waivers were returned on July 15, 2008. On July 7, 2008, these defendants filed a Motion for More Definite Statement. Once a defendant files a Waiver of Service with the court, he is not required to file an answer or other responsive pleading until sixty (60) days after the date on which the request for waiver of service was sent to him. See Fed. R. Civ. P. 4(d)(3). Apparently only served with the waiver package, the defendants filed a motion for more definite statement on July 7, 2008, well before the deadline for filing an answer or other motion. Rule 12

(e) of the Federal Rules of Civil Procedure specifically provides for the filing of a motion for more definite statement, and requires that "[t]he motion must be made before filing a responsive pleading". Accordingly, there being no basis for the entry of default or default judgment herein, it is the recommendation that plaintiff's motions for same be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 6th day of February, 2009.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb