IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| Plaintiff, | : | |
| v. | : | 1:08-CV-46 (WLS) |
| GDOC COMM'R. JAMES DONALD, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 6, 2009. (Doc. 20). It is recommended by Judge Hodge that Plaintiff's Motion for Entry of Default Judgment (Doc. 12) and Motion for Default (Doc. 13) be **DENIED**. Plaintiff has filed his written objection. (Doc. 22).

## DISCUSSION

The procedural history and facts are set out in the Recommendation. On April 3, 2008, Plaintiff filed his claim against Defendants, alleging violation of § 1983. On May 5, 2008, the Court granted Plaintiff's Motion to Proceed *In Forma Pauperis.* Process receipt and return forms were issued for three defendants on May 6, 2008, and the forms were returned on July 7, 2008. The same three defendants filed a Motion for More Definite Statement on July 15, 2008. Judge Hodge found that the defendants were initially only served with the waiver package, and not the Complaint. Therefore, Judge Hodge found that Defendants complied with the waiver and answer provisions of the Federal Rules of Civil Procedure providing defendants with 60 days to file a responsive pleading or answer after a Waiver of Service is completed, since a responsive pleading was not yet due. Thus, Judge Hodge recommended that Plaintiff's motions for entry of default or default judgment be denied.

In his objection, Plaintiff reiterates his allegations that Defendants failed to comply with Fed.

R. Civ. P. 4. Plaintiff restates his contention that his motions for default judgment pursuant to Fed. R. Civ. P. 55 should have been granted. Plaintiff does not advance new arguments unavailable to Judge Hodge and Defendant's Motion for More Definite Statement was properly filed. Additionally, a review of the docket substantiates Judge Hodges' findings. Thus, Plaintiff's motions for default are unwarranted.

## **CONCLUSION**

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 20) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and conclusions stated therein together with the findings, reasons and conclusions reached herein. Plaintiff's Motion for Entry of Default Judgment(Doc. 12) and Motion for Default (Doc. 13) are **DENIED**.

SO ORDERED, this  31st   day of March, 2009.

       /s/ W. Louis Sands  
       **THE HONORABLE W. LOUIS SANDS,**  
       **UNITED STATES DISTRICT JUDGE**