**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:08-CV-46 (WLS) |
| | : | |
| GDOC  Commissioner JAMES DONALD, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 4, 2012.  (Doc. 49).  It is recommended that Defendants' Motion for Summary Judgment (Doc. 45) be granted.  (Doc. 49 at 8).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein.  (*Id.* at 8).  The period for objections expired on Wednesday, January 18, 2012; no objections have been filed to date.  (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 49) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**, this   __13th__   day of February, 2012.

_\_S/ W. Louis  Sands_

**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1